WOODS v. UZZLE CADILLAC

No. 540P94

Case below: 116 N.C.App. 491

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

PETITION TO REHEAR

BEST v. DUKE UNIVERSITY

No. 51PA94

Case below: 337 N.C. 742

Petition by plaintiff to rehear pursuant to Rule 31 denied 8 December 1994.